# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2018

155709(71)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

BILLY ROWE and ROBIN ROWE,
  Plaintiffs-Appellees/
  Cross-Appellants,

v

              SC: 155709
              COA: 332566
              Calhoun CC: 2013-001488-NO

DETECTIVE/SERGEANT RONALD
AINSLIE,
  Defendant,
  Cross-Appellee,
and

TROOPER STEVE LAMB,
  Defendant,
and

TROOPER DENNIS MILBURN,
  Defendant-Appellant/
  Cross-Appellee.

_____/

    On order of the Court, the motion for reconsideration of this Court's November 16, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2018



d0326
                 Clerk